BART M. BOTTA, State Bar No. 167051
JUNE T. MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

Attorneys for Plaintiff
VAL-PRO, INC. d/b/a VALLEY FRUIT
& PRODUCE CO., INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL-PRO, INC., a corporation doing business as VALLEY FRUIT & PRODUCE COMPANY,<br><br>         Plaintiff,<br><br>   v.<br><br>HUGO O. GOMEZ, an individual and d/b/a as LITTLE MEMO,<br><br>         Defendant. | CASE NO.  CV-03-08211 DDP (RCx)<br>  **RENEWAL OF**<br>  **LUDGMENT BY CLERK** |

Having read and considered Plaintiff's application for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO. and against

Renewal of Judgment                                          1

Defendants HUGO O. GOMEZ, an individual and d/b/a as LITTLE MEMO, in the following amounts:

| | | |
|---|---|---|
| a. Total judgment | | $13,164.91 |
| Principal | $9,218.25 | |
| Attorneys Fees | $1,121.83 | |
| Costs | $150.00 | |
| Pre-Judgment Interest | $2,674.83 | |
| b. Costs after judgment | | -0- |
| c. Subtotal | | $13,164.91 |
| d. Credits after judgment | | -0- |
| e. Subtotal | | $13,164.91 |
| f. Interest after judgment at 10% (from 2-13-04 to 2-5-14) | | $9,208.15 |
| g. Fee for filing renewal application | | -0- |
| h. TOTAL RENEWED JUDGMENT | | $22,373.06 |

Plaintiff shall continue to recover post-judgment interest at 10% per annum on the unpaid balance until fully paid.

DATED: February 6, 2014            By: _L'Chai_ Deputy Clerk
                                       CLERK, U.S. DISTRICT COURT

Renewal of Judgment                                2